**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE APPLICATION OF GUILLERMO LUIS TOFONI FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782** | Misc. No. _____ |

### EX PARTE PETITION OF GUILLERMO LUIS TOFONI FOR JUDICIAL ASSISTANCE IN OBTAINING EVIDENCE FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782

Petitioner Guillermo Luis Tofoni respectfully requests an order of judicial assistance, pursuant to 28 U.S.C. § 1782, appointing Mark Anania, Esq., as a Commissioner of the Court to facilitate the issuance of subpoenas and the gathering of documentary evidence from Bank of America Corporation, which is the parent company of Bank of America, N.A.; Citibank, N.A.; and JP Morgan Chase Inc., which is the parent company of JP Morgan Chase Bank, N.A.; entities which "reside in" or are "found in" the Southern District of New York.

The requested relief is for the purpose of obtaining discovery for use in connection with a pending legal proceeding captioned *Tofoni, Guillermo Luis c/ Asociación de Futbol Argentino A.F.A. s/ Cumplimiento de Contrato (expediente CIV 084904/2023),* filed by Petitioner in the first instance court for commercial matters in Argentina (*Juzgado Nacional de Primera Instancia en lo Comercial Número 8*).

The grounds for this Petition are set forth in the accompanying Memorandum of Law in Support of the Petition for Judicial Assistance Pursuant to 28 U.S.C. § 1782 and the Declarations of Francisco Castex and Mark Anania and the Exhibits thereto.

Respectfully submitted,

**STEVENS & LEE**

s/Mark H. Anania
Mark H. Anania
485 Madison Avenue, 20th Floor
New York, NY 10022
(212) 319-8500
mark.anania@stevenslee.com

Dated: October 6, 2025                    *Counsel for Petitioner Guillermo Luis Tofoni*

2