```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE PETITION OF GUILLERMO LUIS
TOFONI FOR JUDICIAL ASSISTANCE
PURSUANT TO 28 U.S.C. § 1782

25-MC-00440 (GHW)(SN)

ORDER

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On October 15, 2025, Judge Gregory H. Woods referred this matter to my docket. Petitioner, Guillermo Luis Tofoni, has filed an application under 28 U.S.C. § 1782 for an order appointing Mark Anania, Esq. as a Commissioner of the Court to facilitate the issuance of subpoenas to Bank of America Corp.; Citigroup Inc.; and JP Morgan Chase Bank, N.A. See ECF No. 1.

Petitioner's request to proceed on an *ex parte* basis is DENIED. The Local Rules provide that "[n]o *ex parte* order . . . will be granted, except upon a clear and specific showing by affidavit that contains good and sufficient reasons why a procedure other than by notice of motion is necessary and states whether a previous application for similar relief has been made." S.D.N.Y. Local Civ. Rule 6.1(d). Although courts routinely grant § 1782 applications *ex parte*, the Court finds that the declarations that Petitioner included with his application do not sufficiently show why proceeding on an *ex parte* basis is necessary.

Accordingly, by no later than Friday, October 31, 2025, Petitioner is ORDERED to serve a copy of this Order, as well as ECF Nos. 1–6 (including their attachments), on Bank of America Corp.; Citigroup Inc.; and JP Morgan Chase Bank, N.A ("Respondents") and file proof of such service on the docket.

2

Further, by no later than Monday, December 1, 2025, Respondents shall file their response to Petitioner's application. Petitioner may file a reply by no later than Monday, December 8, 2025.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
        October 20, 2025

2